# United States District Court
# District of Massachusetts

| | |
|---|---|
| MATTHEW J. NATLE,<br>      PLAINTIFF,<br><br>v.<br><br>DENNIS O'CONNOR, STEVEN BARKER, and<br>DANIEL LEON-RESTO, Individually and in their<br>Official Capacity as a Police Officers for the City of<br>Springfield Police Department, PAULA MEARA, in<br>her Official Capacity as Chief of the Springfield Police<br>Department, and THE CITY OF SPRINGFIELD,<br>      DEFENDANTS. | CIVIL ACTION NO. 05-30066-KPN |

## APPEARANCE ON BEHALF OF DEFENDANTS

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants.

Respectfully submitted,

Defendants
By Their Attorney

Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:       (413) 787-6173

**CERTIFICATE OF SERVICE:**
The undersigned hereby certifies that a true copy of the within document was this day served upon plaintiff by mailing same, first class postage prepaid to:
Joan A. Antonino, BBO #547319
Charles J. Dimare, BBO #124820
Antonion & Dimare
P.O.Box 3333
Amherst, MA 01004
(413) 549-5330
SIGNED under the pains and penalties of perjury.
Dated: April 7, 2005

# United States District Court
# District of Massachusetts

| | |
|---|---|
| MATTHEW J. NATLE,<br>    PLAINTIFF,<br><br>v.<br><br>DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO, Individually and in their Official Capacity as a Police Officers for the City of Springfield Police Department, PAULA MEARA, in her Official Capacity as Chief of the Springfield Police Department, and THE CITY OF SPRINGFIELD,<br>    DEFENDANTS. | CIVIL ACTION NO. 05-30066-KPN |

## APPEARANCE ON BEHALF OF DEFENDANTS

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants.

Respectfully submitted,

Defendants
By Their Attorney

_____
John T. Liebel
Assistant City Solicitor
BBO #
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:   (413) 787-6085
Telefax:   (413) 787-6173

**CERTIFICATE OF SERVICE:**
The undersigned hereby certifies that a true copy of the within document was this day served upon plaintiff by mailing same, first class postage prepaid to:
Joan A. Antonino, BBO #547319
Charles J. Dimare, BBO #124820
Antonion & Dimare
P.O. Box 3333
Amherst, MA 01004
(413) 549-5330
SIGNED under the pains and penalties of perjury.
Dated: April 7, 2005