UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW J. NATLE, )
   Plaintiff )
 )
vs. ) C.A. NO.: 05-30066-KPN
 )
DENNIS O'CONNOR, et al )
   Defendants )
 )

FILED IN CLERK'S OFFICE
2005 APR 11 A 11: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

     Please enter our appearance on behalf of Defendant, Dennis O'Connor, in the above-entitled matter.

_____
Michael J. Akerson
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

THE DEFENDANT
By his attorneys

_____
Austin M. Joyce
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

_____
Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 654690

_____
John K. Vigliotti
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 642337

## CERTIFICATE OF SERVICE

    I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 8th day of April, 2005 via first class mail postage prepaid to all counsel of record as follows:

Joan Antonino, Esq.
Charles DiMare, Esq.
Antonino & DiMare
P.O. Box 3333
Amherst, MA 01004-3333

Ed Pikula
City of Springfield Law Department
36 Court Street
Springfield, MA 01103

By: _____
      Austin M. Joyce