UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO. 05-30066-~~KPN~~ MAP

MATTHEW J. NATLE, )
               **Plaintiff** )
)
v. )
)
)
DENNIS O'CONNOR, et al., )
               **Defendants** )

### PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATE

The plaintiff, Matthew J. Natle, and his counsel certify that they have conferred and discussed the establishment of a budget for the course of conducting litigation in this case, as well as the consideration of the resolution of this case through alternative dispute resolution.

DATED: April 18, 2005

_____
Matthew J. Natle

_____
Joan A. Antonino
BBO# 547319
ANTONINO & DIMARE
P.O. Box 3333
Amherst, MA 01004-3333
(413) 549-5330

### CERTIFICATE OF SERVICE

This will certify that I served this document by 1st class mail upon counsel of record on April 18, 2005.

_____
Joan A. Antonino