UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW J. NATLE,  )<br>  Plaintiff  )<br>  )<br>vs.  )<br>  )<br>DENNIS O'CONNOR, et al  )<br>  Defendants  )<br>  ) | C.A. NO.: 05-30066-KPN |

### CERTIFICATION OF DEFENDANT DENNIS O'CONNOR

The undersigned party and his counsel hereby affirm that they conferred:

(a) with a view to establishing a budget for the costs of conducting full course - - and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Dennis O'Connor

_____
Austin M. Joyce, Esq.
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 558565