UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATTHEW J. NATLE,<br>        Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No. 05-30066-KPN |
| | )<br>) | |
| DENNIS O'CONNOR, et al.,<br>        Defendants | )<br>) | |

SCHEDULING ORDER
May 17, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by June 1, 2005.

2. All written discovery shall be served by July 29, 2005.

3. Non-expert depositions shall be completed by January 31, 2006.

4. Counsel shall appear for a case management conference on February 1, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                                /s/ Kenneth P. Neiman
                                                              KENNETH P. NEIMAN
                                                              U.S. Magistrate Judge