# United States District Court
# District of Massachusetts

| | |
|---|---|
| MATTHEW J. NATLE,<br>    PLAINTIFF,<br><br>v.<br><br>DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO, Individually and in their Official Capacity as a Police Officers for the City of Springfield Police Department, PAULA MEARA, in her Official Capacity as Chief of the Springfield Police Department, and THE CITY OF SPRINGFIELD,<br>    DEFENDANTS. | CIVIL ACTION NO. 05-30066-KPN |

## DEFENDANT, CITY OF SPRINGFIELD'S L.R. 16.1 (D) (3) CERTIFICATE

The Defendant, City of Springfield, and their counsel certify that they have conferred and discussed the establishment of a budget for the course of conducting litigation in this case, as well as the consideration of the resolution of this case through alternative dispute resolution.

DATED:    May __, 2005

_____
Patrick J. Markey, Esq.
City Solicitor
BBO # 563542

_____
Edward M. Pikula, Esq.
Assistant City Solicitor
BBO # 399770
City of Springfield
Law Department
36 Court Street
Springfield, MA 01103
Telephone 413-787-6085

47492

## CERTIFICATE OF SERVICE

To:

Joann A. Antonio, Esq.
Antonio & Dimare
P.O. Box 3333
Amherst, MA 01004-3333

    I, Edward M. Pikula, hereby certify that I caused a copy of the foregoing document to be served on the party named above by mailing a copy to the above named on May 19, 2005.

                                              Edward m. Pikula, Esq.

47492