# United States District Court
# District of Massachusetts

| | |
|---|---|
| MATTHEW J. NATLE,<br>        PLAINTIFF,<br>v.<br><br>DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO, Individually and in their Official Capacity as a Police Officers for the City of Springfield Police Department, PAULA MEARA, in her Official Capacity as Chief of the Springfield Police Department, and THE CITY OF SPRINGFIELD,<br>        DEFENDANTS. | CIVIL ACTION NO. 05-30066-MAP |

## MOTION TO BIFURCATE
## BY
## DEFENDANTS CITY OF SPRINGFIELD, PAULA MEARA, DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO
## AND TO STAY MONELL DICOVERY

Now come the Defendants **CITY OF SPRINGFIELD, PAULA MEARA, DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO**, pursuant to Fed. R. Civ. P. 42, who hereby moves this Court to enter an Order bifurcating the *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978) claim set forth in Count IX against the City of Springfield and Paula Meara from the claims against the individual Defendant officers.[1]

---

1 The complaint alleges in the other counts: illegal arrest and imprisonment, excessive force, malicious prosecution, assault and batteryconspiracy to vilate civil rights, abuse of process, unlawful retaliation in violation of the first amendment to the United States Constitution and Massachusetts Declaration of Rights, reckless and/or intentional infliction of emotional distress, and negligence.

49271

Further, discovery pertaining to the *Monell* claim against the City of Springfield, should be stayed until after the trial against the individual officers is concluded. Bifurcation is appropriate in this case to prevent the introduction of prejudicial evidence which may taint the case of one of the parties and is in the interests of judicial economy. In support thereof, the Defendant relies on the attached memorandum.

THE DEFENDANTS,
DENNIS O'CONNOR, STEVEN BARKER, DANIEL LEON-RESTO, PAULA MEARA and CITY OF SPRINGFIELD

By,_____
Edward M. Pikula, Esq.
Associate City Solicitor
BBO# 399770
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

_____
Austin Joyce, Esq.
397 Grove Street
Worcester, MA 01605

## CERTIFICATE OF SERVICE

Joann A. Antonio
Antonio & Dimare
P.O. Box 333
Amherst, MA 01004-3333

I, Edward M. Pikula, hereby certify that I caused the within document, to be served this date by mailing a copy, via first class mail, postage prepaid to the above referenced people on this date. Edward M. Pikula, Esq.
Date: September 29, 2005

49271