# United States District Court
# District of Massachusetts

MATTHEW J. NATLE,
    PLAINTIFF,

v.

DENNIS O'CONNOR, STEVEN BARKER, and DANIEL LEON-RESTO, Individually and in their Official Capacity as a Police Officers for the City of Springfield Police Department, PAULA MEARA, in her Official Capacity as Chief of the Springfield Police Department, and THE CITY OF SPRINGFIELD,
    DEFENDANTS.

CIVIL ACTION NO. 05-30066-MAP

## JOINT MOTION TO STAY LITIGATION AND REFER CASE TO MEDIATION

Now come the parties in the above-referenced case, by and through counsel, and respectfully request that the court refer the matter to Magistrate-Judge Neiman for mediation, and that the litigation be stayed pending the outcome of the mediation.

Respectfully,

_____
Edward M. Pikula, BBO #399770
Associate City Solicitor
City of Springfield
Law Department
36 Court Street
Springfield, MA 01103
(413)787-6085

_____
Joan A. Antonino, BBO #547319
Antonion & Dimare
P.O.Box 3333
Amherst, MA 01004

_____
Kevin Coyle, Esq.
935 Main Street
Springfield, MA 01103

_____
Austin Joyce, Esq.
397 Grove Street
Worcester, MA 01605

49274