**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MATTHEW NATLE
              Plaintiff

      V.

DENNIS O'CONNOR, et al.
              Defendants

CIVIL ACTION

NO.    05-30066-MAP

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   PONSOR

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  February 6, 2006,  I held the following ADR proceeding:

       ___ SCREENING CONFERENCE       ___ EARLY NEUTRAL EVALUATION
       _X_ MEDIATION       ___ SUMMARY BENCH / JURY TRIAL
       ___ MINI-TRIAL       ___ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel [except _____]

[X]    The parties were present in person or by authorized corporate officer

      The case was:

[X]    Settled. A _30_ day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other: _____

 February 6, 2006                          /s/ Kenneth P. Neiman
    DATE                                      ADR Provider

                                             KENNETH P. NEIMAN, U.S. Magistrate Judge