UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW NATLE,                )
       Plaintiff    )
                              )
                              )
v.                            )   Civil Action No. 05-30066-MAP
                              )
                              )
DENNIS O'CONNOR, et al.,      )
       Defendants   )

SETTLEMENT ORDER OF DISMISSAL
February 7, 2006

The court, having been advised on February 6, 2006, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk